IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ABRAHAM KLEINMAN, individually and derivatively on behalf of SBRM GROUP, LLC, <br><br> Plaintiff, <br> v. <br><br> SHLOME RUBENSTEIN <br><br> Defendant. | 2:24-cv-2279 |

ANSWER TO COUNTERCLAIM

Plaintiff, ABRAHAM KLEINMAN, individually and derivatively on behalf of SBRM GROUP, LLC, and Answers a Counterclaim field by SHLOME RUBENSTEIN, stating:

1. On or about February 27, 2024, Abraham Kleinman ("Kleinman") summoned Rubentein to a binding arbitration proceeding through the Rabbinical Court of Givas Hamorah, 6222 23rd Avenue, Brooklyn, New York (the "Rabbinical Court").

**Answer:** Admit.

2. Rubenstein agreed to the binding arbitration provisions of the Rabbinical Court.

**Answer:** Deny. Rubenstein began an entirely new proceeding, in which he was identified as the Plaintiff, after this matter was filed.

3. Thereafter, Kleinman failed to appear to prosecute the arbitration proceeding that he had instituted. Instead, Kleinman filed the present case in District Court.

**Answer:** Deny.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order Dismissing this Counterclaim.

Respectfully Submitted,

s/Jonathan Lubin
Attorney for Plaintiff

Jonathan Lubin
8800 Bronx Ave., Suite 100H
Skokie, IL 60077
773 954 2608
jonathan@lubinlegal.com